57,741-03

TO: MR. ABEL ACOSTA
CLERK OF TEXAS Court of CRIMINAL APPEALS
P.O. BOX 12308 (CAPITOL STATION)
Austin, TEXAS 78711-12308
EX PARTE: KEVIN D. HARVEY, TR. CAUSE NOW 99-01391-
W(C) WR-57,741-03

DEAR CLERK:

This IS THE LETTER INQUIRING About The Above And
MENTION CAUSE; AFTER REQUESTING INFORMATION From
THE DALLAS District Clerks office. Records Show That
This MATTER WAS Considered on 4-10-13 APPLICANT NEVER
RECEIVED NOTICE From This office of RECEIVING of This
WRIT or BEING Considered By This Court. AND APPLI-
CANT NEVER KNEW of The Courts FindinGs until RECEN-
TLY Through INQUIRY of The JUDGE That HE SENT ME A
COPY of SAID order. This office NEVER NOTIFIED ME of
RECEIVING or Considering THE WRIT of or/Address
The MERIT, And I would like to KNOW WHEN OR/Not
IF THE WRIT WAS RECEIVED And What WAS The outcome
of The Courts ANY ASSISTANCE You CAN Provide would
BE GREATLY APPRECIATED

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 23 2015
Abel Acosta, Clerk

SINCERELY
[s] Kevin D. Harvey
KEVIN D. HARVEY
# 923524
M.W. MICHAEL UNIT
2664 F.M 2054
TENN. COLONY, TX. 75886

c/c Personel File

10-15-15